1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES MUNOZ,                          Case No.  1:20-cv-01201-JLT-HBK (PC)

12          Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                           RENEWED MOTION TO PROCEED *IN*
13          v.                             *FORMA PAUPERIS*

14   DR. KIRAN TOOR, DR. V. MUNUNURI,      (Doc. No. 19)
     DR. MONIVIRIN SON,
15                                         ORDER DIRECTING MONTHLY
            Defendant.                     INSTALLMENT PAYMENTS TOWARD
16                                         FILING FEE

17          Pending before the Court is Plaintiff's renewed motion to proceed *in forma pauperis*

18   ("IFP").  (Doc. No. 19).  Plaintiff, a former prisoner initiated this action while he was incarcerated

19   at Valley State Prison.  (Doc. Nos. 1, 13).  Although currently released, Plaintiff remains

20   obligated to pay the full amount of the statutory filing fee.  28 U.S.C. § 1915(b)(1).  As set forth

21   in the Court's July 19, 2023 Order, the total amount that remains due towards the $350.00 filing

22   fee is $350.00.  (Doc. No. 18 at 3).  Due to Plaintiff's release from custody, there is no inmate

23   trust account from which periodic filing fees may be garnished and forwarded to the Court.

24   Although the Ninth Circuit has yet to decide how a released prisoner who is obligated to "pay the

25   full amount of a filing fee" under 28 U.S.C. § 1915(b)(1) may proceed IFP after he is released,

26   "the Ninth Circuit [did note] 'even prior to the PLRA…district courts possessed authority under

27   the non-PLRA-related provisions of § 1915 to require partial and/or installment payments.'"

28   *Makoni v. Downs*, 2016 WL 7210403, at *3 (S.D. Cal. Dec. 13, 2016) (quoting *Putzer v. Attal*,

1  2013 WL 4519351, at *2 (D. Nev. Aug. 23, 2013)) (citing *Olivares v. Marshall*, 59 F.3d 109, 111

2  (9th Cir. 1995)).

3      Plaintiff's renewed motion to proceed IFP makes the showing required to proceed IFP, but

4  consistent with the Prison Litigation Reform Act, Plaintiff remains obligated to pay the full

5  $350.00 statutory filing fee as set forth in 28 U.S.C. § 1915.  Pursuant to § 1915(b)(1), the Court

6  will assess a monthly installment payment of $25.00, which is 2% of Plaintiff's reported monthly

7  income.  Plaintiff's first installment payment will be due on September 25, 2023.  Plaintiff shall

8  continue to make monthly installment payments of $25.00 on or before the 25th day of each

9  succeeding month until the $350.00 filing fee is paid in full.

10      Accordingly, it is **ORDERED**:

11  1. **No later than September 25, 2023**, Plaintiff shall mail to the Clerk of Court his first

12      monthly installment payment of $25.00.  The payment may be made by cashier's

13      check, money order, or personal check and made payable to the Clerk of Court.

14      Plaintiff shall include his name and Case No. 1:20-cv-1201-JLT-HBK on the check.

15  2. Plaintiff shall continue to make $25.00 monthly installment payments to the Clerk of

16      Court on or before the 25th day of each succeeding month until his $350.00 filing fee

17      is paid in full.

18  3. Plaintiff's failure to timely make the $25.00 monthly installment payment will result

19      in the undersigned recommending the district court dismiss this action.

20

21  Dated:   August 23, 2023

22                                          HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                            2