UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MUNOZ,<br><br>   Plaintiff,<br><br>v.<br><br>KIRAN TOOR, M.D.,<br><br>   Defendant. | Case No. 1:20-cv-01201-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME INCORPORATED IN PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. No. 24)<br><br>JANUARY 29, 2024 DEADLINE |

  Pending before the Court is Plaintiff James Munoz's construed Motion for Extension of Time, contained within his Motion for Leave to Amend.[1]  (Doc. No. 24).  Plaintiff seeks a 10-week extension of time "to comply with prior medical appointment and file an Opposition to the Defendant Motion to Dismiss."  (*Id*. at 1).  Because no motion to dismiss has been filed in this case, the Court infers Plaintiff seeks an extension of time to file objections to the Findings and Recommendations to dismiss the case, (Doc. No. 23, "F&R"),[2] which are currently due December 15, 2023.  Plaintiff asserts he needs additional time because he only received "the document from the Court" on December 7, 2023 and does not have an attorney.  (Doc. No. 24 at 1).

---

[1] The undersigned addressed the Motion for Leave to Amend by separate order.

[2] In its prior order, the undersigned denied the motion to amend, but herein affords Plaintiff an extension of time to file objections to the F&R.  (*See* Doc. No. 25).

1

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant the requested extension but finds a ten-week extension of time excessive. Thus, The Court will afford an extension of time until January 29, 2024 to file his objections to the F&R.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's motion for extension of time (Doc. No. 24) is GRANTED.

2. Plaintiff shall file his objections to the Court's December 1, 2023 Findings and Recommendation (Doc. No. 23) no later than January 29, 2024.

Dated:   December 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE