UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MUNOZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>KIRAN TOOR,<br><br>                    Defendant. | No. 1:20-cv-01201-JLT-HBK (PC)<br><br>ORDER ADOPTING DECEMBER 1, 2023 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 23)<br><br>ORDER ADOPTING DECEMBER 19, 2023 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 25) |

     James Munoz is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 1, 2023, the magistrate judge issued Findings and Recommendations, recommending dismissal of Plaintiff's case for failure to state a cognizable claim. (*See* Doc. 23.) On December 19, 2023, the magistrate judge issued separate Findings and Recommendations to deny Plaintiff's December 14, 2023 Motion to Amend. (Doc. 25.) On January 19, 2024, Plaintiff filed a document titled "Objections to the Defendant's Motion to Dismiss,"[1] which the Court construes liberally as objections to the December 1 and December 19, 2023 Findings and

---

[1] The Court notes that Defendants did not file a Motion to Dismiss. (*See* docket).

1

Recommendations. (Doc. 27.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes that both the December 1 and December 19, 2023 Findings and Recommendations are supported by the record and proper analysis. Plaintiff's Objections largely repeat the allegations made in his FAC and do not meaningfully call into question the magistrate judge's reasoning. Though Plaintiff adequately alleges that he suffered from one or more serious medical conditions, the magistrate judge correctly found that Plaintiff fails to set forth facts establishing that Defendant Toor was deliberately indifferent to any of those conditions. (Doc. 23 at 5-10.) Nor has Plaintiff meaningfully articulated why allowing him to amend the complaint could remedy the deficiencies identified in his previous pleadings. Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on December 1, 2023, (Doc. 23), are **ADOPTED IN FULL**.
2. The Findings and Recommendations, filed on December 19, 2023, (Doc. 25), are **ADOPTED IN FULL**.
3. Plaintiff's Motion to Amend (Doc. 24) is **DENIED**.
4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: **February 13, 2024**

UNITED STATES DISTRICT JUDGE